PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision:  Justin Raymond Bear Runner     Case Number:   0868 3:16CR00160

Name of Sentencing Judicial Officer:   Ralph R. Erickson, Circuit Judge Sitting By Designation

Date of Original Sentence:  February 23, 2017

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury and Assault with a Dangerous Weapon |
| Original Sentence: | 48 months incarceration; 3 years supervised release |
| Revocation Sentence: | 38 days incarceration; 18 months supervised release |

Type of Supervision: TSR                    Date Supervision Commenced:  3/23/2023

Asst. U.S. Attorney: Matthew D. Greenley          Defense Attorney: Anne Carter.

---

### PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On April 18, 2023, the defendant failed to report to the Minot Probation Office for his scheduled probation office meeting. *This is in violation of standard condition number two (2) which states you shall report to the probation officer in a manner and frequency as directed by the court or probation officer.* |
| 2) | On July 04, 2023, the defendant was arrested by Minot Police Department for Driving Under Suspension 4th Offense (Case No. 51-2023-CR-01276). This matter is still pending and the defendant has an active bench warrant related to this case. *This is in violation of mandatory condition number one (1) which states you shall not commit another federal, state or local crime.* |

PROB 12C
(Rev. 2/13)
Bear Runner, Justin
0868 3:16CR00160

3) On July 13, 2023, the defendant admitted to having ingested methamphetamine, cocaine and alcohol. *This is in violation of special condition number four (4) which states you shall totally abstain from the use of alcohol and illegal drugs.*

4) On July 18, 2023, the defendant failed to report for scheduled drug screen as directed. *This is in violation of special condition number six (6) which states you shall submit to drug/alcohol screening at the direction of the U.S. Probation Officer to verify compliance.*

5) On July 31, 2023, the defendant failed to report as directed for his scheduled supervision meeting. *This is in violation of standard condition number two (2) which states you shall report to the probation officer in a manner and frequency as directed by the court or probation officer.*

6) On August 18, 2023, the defendant failed to report to the Minot Probation Office for his scheduled probation office meeting. Collateral contacts have reported the defendant is currently in South Dakota. His current whereabouts are unknown. *This is in violation of standard condition number two (2) which states you shall report to the probation officer in a manner and frequency as directed by the court or probation officer.*

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Mr. Justin Raymond Bear Runner and hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒ The term of supervision should be:

　　☒ Revoked.

　　☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>August 24, 2023</u>

/s/ Travis J. Dienslake
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

PROB 12C
(Rev. 2/13)
Bear Runner, Justin
0868 3:16CR00160

☐ Other

_____/s/ Peter D. Welte_____
Signature of Judicial Officer

_____August 24, 2023_____
Date